# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2010

139920 & (128)(130)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

RICHARD RUDOLPH, DAN GRIFFIN,
CHRIS WELLS, and CAROLYN ALLEN,
      Plaintiffs-Appellants,
      Cross-Appellees,

v

GUARDIAN PROTECTIVE SERVICES, INC.,
a/k/a GUARDIAN SECURITY SERVICES, INC.,
and GUARDIAN BONDED SECURITY,
      Defendants-Appellees,
      Cross-Appellants.

SC: 139920
COA: 279433
Wayne CC: 06-622199-CZ

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the September 22, 2009 judgment of the Court of Appeals and the application for leave to appeal as conditional cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2010

_____
Clerk

0331